AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Mexico ▼

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT - 7 2024

MITCHELL R. ELFERS
CLERK

In the Matter of the Search of                            )
*(Briefly describe the property to be searched*           )
*or identify the person by name and address)*             )   Case No.  24MR1462
THE BODY OF MYLES CORDELLE DAN PADILLA,                   )
YOB 1991                                                  )
                                                          )
                                                          )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 20, 2024_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____B. Paul Briones_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  08/06/2024 11:30 am                  _____*/s/ B. Paul Briones*_____
                                                            Judge's signature

City and state:   Albuquerque, NM                           B. Paul Briones, U.S. Magistrate Judge
                                                            *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 24MR1462 | Date and time warrant executed: 8/19/24 ~ 3:00 PM | Copy of warrant and inventory left with: Mules Podilla |
| Inventory made in the presence of: SA Harshbarger / SA Rackham |||
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> 2 DNA Buccal Swabs <br> 25 Full-length hair samples |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/19/24

*Executing officer's signature*

Jared Harshbarger, Special Agent
*Printed name and title*

## **ATTACHMENT A**

PERSON TO BE SEARCHED

Myles Cordell Dan PADILLA was born on December 1, 1991. He has a Social Security Number ending in 3349. PADILLA is an enrolled member of the Navajo Nation. He currently or did reside at 305 Phillips Rd, Farmington, NM 87401-4705. PADILLA is approximately 5'11", weighs 200 pounds, and has black hair and brown eyes.

He is pictured below.



**ATTACHMENT B**

PROPERTY TO BE SEIZED BY THE GOVERNMENT

The following material, which constitutes evidence of the commission of criminal offenses, namely Assault with a Deadly Weapon, an Indian Country Crime, in violation of 18 U.S.C. §§ 1153, 113(a)(3), Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g), Use and Possession of a Firearm in Furtherance of a Crime of Violence in violation of 18 U.S.C. § 924(c), and Carjacking, in violation of 18 U.S.C. § 2119:

1. Law enforcement will use minimally invasive DNA buccal swabs to collect samples of DNA from PADILLA.
2. Law enforcement will use minimally invasive collection of 25 full-length hair samples from all areas of PADILLA's scalp.